SCHROEDER, Respondent, v. EINSTEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by George H. Schroeder against Meyer Einstein, as administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by J. L. Emil Schueler against Mary Louise Dooley.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury.

HIRSCHBERG, P. J., not voting.

SCHULTZ, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Harry J. Schultz, as administrator, against the New York Transportation Company. A. K. Wing, for appellant. G. R. Hawes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SEAVER, Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Frank A. Seaver against Daniel F. Marks. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SEIFERT, Respondent, v. HAWKINS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Marie L. Seifert against Eugene T. Hawkins and others. E. M. Hawkins, for appellants. J. F. Frees, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SENECAL, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by George P. Senecal against James C. Fargo, as President of the American Express Company. No opinion. Judgment affirmed, with costs.

SERLING, Respondent, v. SERLING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Meyer Serling against Harry Serling and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that Israel Serling was not a superintendent, nor exercising acts of superintendence, at the time of the accident.

SHAUT, Respondent, v. HANDRAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Morgan Shaut against Harriet Handrahan, impleaded with others. No opinion. Judgment affirmed, with costs.

SHERMAN, Respondent, v. SENATOR CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Oscar Sherman against the Senator Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SHOEMAKER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Horatio Shoemaker against Mary Meyer. No opinion. Judgment and order of the County Court of Dutchess county affirmed, with costs.

SIGNORELLI, Respondent, v. HENRY BONNARD BRONZE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Charles Signorelli against the Henry Bonnard Bronze Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

THOMAS and CARR, JJ., dissent.

SILBERZWEIG, Respondent, v. LIVERPOOL & LONDON & GLOBE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Herman Silberzweig against the Liverpool & London & Globe Insurance Company. R. F. Randall, for appellant. H. B. Davis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SIMMONS v. VILLAGE OF PHELPS. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by De Witt C. Simmons against the Village of Phelps.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

McLENNAN, P. J., dissents, upon the ground that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact for the jury.

ROBSON, J., not voting.

SINGER, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Samuel Singer against William M. Barrett, as President of Adams Express Company. No opinion. Judgment and order unanimously affirmed, with costs.

SINN, Respondent, v. BARUCH, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Bernhard Sinn against Babette Baruch. G. B. Rosenheim, for appellant. B. S. Horkheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SKANEATELES PAPER CO. v. NATIONAL FIRE INS. CO. In re O'BRIEN. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by the Skaneateles Paper Company against the Na-

tional Fire Insurance Company, respondent. In the matter of the claim of John F. O'Brien. No opinion. Order affirmed, with $10 costs and disbursements.

---

SLOANE et al., Respondents, v. HALL, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Adela B. Sloane and others against Henry Hall, impleaded with others. M. Mayer for appellant. W. E. Griswold, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Appellant, v. EL ARCO MINES CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by John W. Smith against the El Arco Mines Company. C. H. Studin, for appellant. C. S. Keyes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Respondent, v. KIELEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Mary C. Smith against Timothy F. Kieley and others. No opinion. Judgment of the County Court of Queens county affirmed, with costs. See, also, 122 N. Y. Supp. 1146.

---

SMITH, Respondent, v. MURTHA & SCHMOHL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Alfred L. Smith against the Murtha & Schmohl Company. H. A. Levinson, for appellant. M. Ash, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SOKODY, Respondent, v. AMERICAN RADIATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by John Sokody against the American Radiator Company. No opinion. Judgment and order affirmed, with costs.

---

SOLOMON, Respondent, v. GAVRELOWICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Herman Solomon against David Gavrelowich and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

In re SOUTH SHORE TRACTION CO. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) In the matter of the application of the South Shore Traction Company for the appointment of three commissioners to determine whether that portion of its proposed railroad located upon Hoffman Boulevard, borough of Queens, city of New York, ought to be constructed. No opinion. Order amended by the appointment of William S. Cogswell commissioner, in place of Paul Grout, who declined the appointment. See, also, 122 N. Y. Supp. 1146.

---

In re SOUTH SHORE TRACTION CO. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) In the matter of the application of the South Shore Traction Company for the appointment of three commissioners to determine whether that portion of its proposed railroad located upon Hoffman Boulevard, borough of Queens, city of New York, ought to be constructed. No opinion. Order amended by the appointment of Daniel D. Whitney, Jr., in place of William S. Cogswell, who declines to serve. See, also, supra.

---

SPIERO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Joseph Spiero against the New York Central & Hudson River Railroad Company. W. Mann, for appellant. C. Oakes, for respondent.

PER CURIAM. Determination and judgment (64 Misc. Rep. 53, 117 N. Y. Supp. 1039) reversed, on the dissenting opinion of Lehman, J., in the Appellate Term (64 Misc. Rep. 55, 117 N. Y. Supp. 1041), and new trial ordered, with costs to appellant in this court and in the courts below to abide event. Order filed.

---

SQUIRES et al., Respondents, v. CONNORS BROS. CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by John A. Squires and another against the Connors Bros. Construction Company. No opinion. Judgment affirmed, with costs.

---

STARKWEATHER, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Jennie Starkweather against Byron McDonald. No opinion. Judgment affirmed, with costs.

---

STARR v. STARR et al. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Arthur Starr against John Starr and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer, on payment of costs of this appeal and in the court below.

---

STAR SHOE CO., Respondent, v. FALK, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Star Shoe Company against Max Falk. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

STATE OF NEW YORK NAT. BANK, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the State of New York National Bank against Anna M. Kennedy and another.